170 A.3d 348

STATE OF NEW JERSEY, PLAINTIFF, v. D.C.,
DEFENDANT–CROSS–PETITIONER.

September 11, 2017

ON CROSS PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A cross-petition for certification of the judgment in A–002825–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.